**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7373**

RANDOLPH A. WATTERSON,

        Plaintiff - Appellant,

    and

WILLIE C. GLASCOE,

        Plaintiff,

        v.

DUANE TERRELL, Assistant Superintendent at Marion Corr. Inst.; MARCELLA FAIRCLOTH, Lieutenant at Marion Corr. Inst.; CAPTAIN COPENING, at Marion Corr. Inst.; VIRGINIA BROOKSHIRE, Mailroom Worker at Marion Corr. Inst.; NEWTON, Assistant Unit Manager at Marion Prison; J. WASHBURN, Sgt at Marion Prison,

        Defendants - Appellees,

    and

DERRICK E. FOX, Officer; BOONE, Officer,

        Defendants.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Robert J. Conrad, Jr., Chief District Judge. (1:10-cv-00184-RJC)

Submitted:  February 23, 2012    Decided:  February 27, 2012

Before MOTZ, DAVIS, and DIAZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Randolph A. Watterson, Appellant Pro Se.   Lisa Yvette Harper, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randolph A. Watterson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Watterson v. Terrell, No. 1:10-cv-00184-RJC (W.D.N.C. Sept. 30, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3